PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. Rami Lazeki                                                      Docket No. 19-20652-3

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Allison Bowers, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant <u>Rami Lazeki</u>, who was placed under pretrial release supervision by Your Honor, sitting in the court at <u>Detroit</u> on <u>October 1, 2019,</u> under the following conditions:

1. Report as directed to Pretrial Services.
2. No contact with co-defendants.
3. Surrender passport to Pretrial Services by 4 PM on October 2, 2019
4. Do not obtain a passport or other international travel documents.
5. Travel restricted to the continental United States, unless otherwise approved by Pretrial Services.
6. Do not bill, or cause to be billed, either directly or indirectly, Medicare, Medicaid, or any other federal healthcare program.
7. Permit Pretrial Services to audit billings.

**Respectfully presenting petition for action of court and for cause as follows**:

On October 1, 2019, at the time of the defendant's initial appearance, Your Honor permitted the defendant's request to be allowed to bill Medicare and Medicaid as part of his pharmacy business. Accordingly, the condition of "do not bill Medicare, Medicaid, or any other federal healthcare program" should have been deleted from the defendant's Order Setting Conditions of Release but was inadvertently not removed. Pretrial Services respectfully recommends that the condition of "do not bill Medicare, Medicaid, or any other federal health program" be removed from the defendant's bond order, in accordance with the conditions placed on the record by Your Honor.

**PRAYING THAT THE COURT WILL AMEND THE DEFENDANT'S BOND TO REMOVE THE CONDITION OF DO NOT BILL, OR CAUSE TO BE BILLED, EITHER DIRECTLY OR INDIRECTLY, MEDICARE, MEDICAID, OR ANY OTHER FEDERAL HEALTHCARE PROGRAM.**

| ORDER OF COURT | | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|---|
| Considered and ordered this 7th day of October 2019 and ordered filed and made a part of the records in the above case. | | Executed on October 8, 2019 |
| s/R. Steven Whalen<br><br>Honorable R. Steven Whalen<br>United States Magistrate Judge | | s/ Allison Woodard<br><br>Allison Woodard<br>United States Pretrial Services Officer<br>Place: Detroit, Michigan<br>Date: 10/08/2019 |