UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,   Case No. 19-CR-20652-03

    Plaintiff,   HON. DAVID M. LAWSON

v

RAMI LAZEKI,

    Defendant.

## NOTICE OF APPEARANCE

NOW COMES the law firm of PRASAD LEGAL, PLLC, and ANJALI PRASAD, Esquire, hereby submits her notice of appearance as counsel on behalf of RAMI LAZEKI in the above-captioned matter.

    Respectfully Submitted,
    PRASAD LEGAL, PLLC

Dated:  March 10, 2025   /s/ Anjali Prasad
    Anjali Prasad (P75771)
    Attorney for Defendant
    1668 S. Telegraph, St. 200
    Bloomfield Hills, MI  48304
    (248) 733-5006
    aprasad@prasadlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all registered counsel.

/s/ Anjali Prasad
Anjali Prasad (P75771)