UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case Number 19-20652

v.                                                 Honorable David M. Lawson

RAMI LAZEKI,

        Defendant.
_____/

## ORDER GRANTING MOTION TO MODIFY
## CONDITIONS OF SUPERVISED RELEASE

This matter is before the Court on the defendant's unopposed motion for an order modifying the conditions of his supervised release to permit him to travel to San Sebastian, Spain, to witness a sporting exhibition in which his son will play. The defendant asks the Court to permit his planned travel from July 3, 2025 returning on July 15, 2025. The government and the assigned probation officer have informed the Court that they do not oppose the relief sought. The Court has considered the motion and finds that it should be granted.

Accordingly, it is **ORDERED** that the defendant's unopposed motion to modify supervised release conditions (ECF No. 375) is **GRANTED**. The defendant will be permitted to travel to San Sebastian, Spain from July 3, 2025 returning on July 15, 2025. The defendant must provide a full itinerary for the trip to the assigned probation officer in advance of departure, and he must check in with the probation officer immediately upon his return to the district.

It is further **ORDERED** that all other conditions of the defendant's supervised release remain in full force and effect.

                                                                   s/David M. Lawson
                                                                   DAVID M. LAWSON
                                                                   United States District Judge

Dated:  April 2, 2025