**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Rami Lazeki,                                                                       Case No. 19-20652-003

    Defendant.                                                                 Hon. David M. Lawson

_____/

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Now comes the Defendant, Rami Lazeki, by and through his own request, and respectfully moves this Honorable Court, before The Honorable David M. Lawson, pursuant to 18 U.S.C. § 3583(e)(1), for an order terminating the remaining period of supervised release in this case.

**1. Background**

The Defendant was placed on supervised release commencing on August 9, 2024, for a term of two (2) years, scheduled to conclude on August 9, 2026.
The Defendant has now successfully completed more than half of this term and has been in full compliance with all conditions of supervision.

**2. Compliance and Rehabilitation**

During his period of supervision, Mr. Lazeki has:

- Maintained full-time employment at *Green Bear Toys* since September 2024, demonstrating ongoing stability and responsibility.

- Filed monthly supervision report on time.

- Had no violations, infractions, or contact with law enforcement during the term of supervision.

- Contributed positively to his community as a volunteer youth coach and soccer referee, reflecting his commitment to service and leadership.

- Continued to support his family and community as a law-abiding, productive citizen.

1

**2.1 Compliance with Monthly Restitution Payments**

Mr. Lazeki has diligently made all required monthly restitution payments as directed by the U.S. Probation Office. Each payment has been made on time and in full, without lapse or delinquency.

The Probation Office has verified that his restitution payments remain current and fully consistent with the approved plan. This pattern of reliability demonstrates his continuing financial responsibility and dedication to fulfilling all court-ordered obligations.

**3. Legal Standard**

Under 18 U.S.C. § 3583(e)(1), the Court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant "at any time after the expiration of one year of supervised release" if the Court is satisfied that such action is warranted by the conduct of the defendant and in the interest of justice.

**4. Request for Relief**

Mr. Lazeki respectfully submits that his conduct during supervision, consistent monthly restitution payments, and clear evidence of rehabilitation satisfy the statutory standard. Continued supervision is not necessary to protect the public or promote lawful conduct, as he has consistently demonstrated responsibility, stability, and respect for the law.

**WHEREFORE,**

Mr. Lazeki respectfully requests that this Honorable Court,
The Honorable David M. Lawson,

1. Grant his Motion for Early Termination of Supervised Release pursuant to 18 U.S.C. § 3583(e)(1); and
2. Enter an order discharging him from the remaining term of supervision.

Respectfully submitted,

/s/ Rami Lazeki
Rami Lazeki
49276 Fox Dr S
Plymouth, MI 48170
Phone: (313) 377-5626
Email: RJL79@hotmail.com

Date: February 15, 2026

2

**Green Bear Toys LLC**
49276 Fox Drive S.
Plymouth, MI 48170

| Check Date | Reference No. |
|---|---|
| 02/13/2026 | 2000033 |

| Amount |
|---|
| $725.76 |

## Direct Deposit Voucher

Payee

*Div.: 0 / Dept.: 1*

**Rami J. Lazeki**
49276 Fox Dr S
Plymouth, MI 48170

## Non-Negotiable

*Fold Here*

2/9/2026   12:40:27 PM

| Company Name | Green Bear Toys LLC | | | | | | | | | Processed By Innovative Payroll Procesing, Inc. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 49276 Fox Drive S.  Plymouth, MI 48170 | | | | | | | | | | | | (313) 799-0229 | | |
| DBA | | | | | | | | | | | | | | | |
| Employee Name | Rami J. Lazeki | | | | | | UCI | MI | | Tax Status | | Dep | Flat E/F | % E/F | |
| Company No. | 2005 | | Payroll No. | 34 | | Pay Freq. | Bi-Weekly | Federal | | Single | (4a) | 0.00 | | | |
| Employee No. | 102 | | Division No. | 0 | | Start Date | 01/26/2026 | | (2c) ☐ | (3) | 8,000.00 | (4b) | 0.00 | | |
| SSN No. | *******4369 | | Home Dept. No. | 1 | | End Date | 02/08/2026 | (W) MI | | No Status | | 0 | | | |
| Check No. | 2000033 | | Net Pay | 725.76 | | Check Date | 02/13/2026 | | | | | | | | |

| | Earnings | | | | | | | Taxes | | | Deductions & Memos | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Current | | | | Year-to-Date | | | Tax | Current | YTD | Deduction | Current | YTD | |
| No. | Description | Rate | Hours | Amount | Description | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount | |
| 1 | 0-Regular Pay | 13.7300 | 60.00 | 823.80 | 0-Regular Pay | 240.00 | 3,145.20 | Federal WH | 0.00 | 0.00 | | | | |
| | | | | | 104-Previous Pa | | 150.00 | OASDI | 51.08 | 204.31 | | | | |
| | | | | | | | | Medicare | 11.95 | 47.79 | | | | |
| | | | | | | | | MI: State WH | 35.01 | 140.04 | | | | |
| | Employee Totals | | 60.00 | 823.80 | Total YTD: | 240.00 | 3,295.20 | | 98.04 | 392.14 | | | | |

| Account Type | Bank Routing No. | Bank Account No. | Amount Deposited |
|---|---|---|---|
| Checking | *****3735 | ******0117 | 725.76 |
| | | | |
| | | | |
| | | | |

Company Memo:                    Private Memo:

**From:** notification@pay.gov
**Subject:** Pay.gov Payment Confirmation: MIED Criminal Debt
**Date:** February 9, 2026 at 4:18 PM
**To:** rjl79@hotmail.com



 An official email of the United States government

# Pay★gov®

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Finance Department at (313)234-5070 or financial@mied.uscourts.gov.

Application Name: MIED Criminal Debt
Pay.gov Tracking ID: 27VFQ8HB
Agency Tracking ID: 77292477475
Transaction Type: Sale
Transaction Date: 02/09/2026 04:18:01 PM EST
Account Holder Name: Rami Lazeki
Transaction Amount: $200.00
Card Type: Discover
Card Number: ************9042

Defendant Type: 1
Defendant Name: Rami Lazeki
Court Case and Defendant Number: 2 19CR020652003
Account Holder Name: Lazeki Rami
Account Holder Address: 49276 Fox Drive South, Plymouth, MI 48170
Amount of this Payment:

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

10/23/2025

To Whom it May Concern,

This letter is in support of Rami Lazeki, a colleague and friend who has gone above-and-beyond to rectify his situation and reshape his life. I have known Rami for more than 5 years and he is a stellar father, youth soccer coach, and role model. I consider him rehabilitated and ready to be employed so he can continue being an upstanding citizen in our community. He is a thorough gentleman, often complemented by his peers at work and within social settings. Please do not hesitate to reach out with any questions or concerns.

Sincerely,
Ralph Fadel
Rfadel1980@gmail.com

**From:** no-reply@ao.uscourts.gov
**Subject:** Your January 2026 Supervision Report MIE-6550573-20260209-161427
**Date:** February 9, 2026 at 4:15 PM
**To:** RJL79@hotmail.com

N

Thank you for reporting. Your confirmation number is MIE-6550573-20260209-161427.

Submission Date: 02/09/2026
Submission Time: 16:15:38
Submission Location: internet

If you have any questions related to your submission, please contact your assigned officer..