UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,          Hon. David M. Lawson

v.                          No. 19-cr-20652

Rami Lazeki,

                Defendant.

---

## UNITED STATES' RESPONSE TO
## MOTION FOR TERMINATION OF SUPERVISED RELEASE

The United States responds to Mr. Lazeki's request for early termination of supervised release. (ECF No. 378). 18 U.S.C. § 3583(e) governs modifications to the supervised release term, including termination. Early termination is only appropriate if the defendant has completed more than a year of the supervised release term and if the Court determines "such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

Lazeki served a 12-month and one day prison sentence without incident and has completed over one year of his two year term of supervised release term (over 50%) and is due to terminate supervise release on August 8, 2026. The United States has consulted with Lazeki's probation officer and it appears he has been

compliant with conditions of his supervised release. The United States, therefore, does not object, to Lazeki's termination of his supervised release at this time.

Dated:  March 4, 2026                    Respectfully submitted,

                                         JEROME F. GORGON JR.
                                         United States Attorney

                                         s/Shankar Ramamurthy
                                         SHANKAR RAMAMURTHY
                                         U.S. Dept. of Justice Assistant Chief
                                         211 W. Fort Street, Suite 2001
                                         Detroit, MI  48226-3211
                                         (202) 924-5368
                                         shankar.ramamurthy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system and sent via postal service to the defendant at the following address:

Rami Lazeki
49276 Fox Dr S
Plymouth, MI 48170

s/Shankar Ramamurthy
SHANKAR RAMAMURTHY
Assistant Chief
U.S. Dept. of Justice
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3211
(202) 924-5368
shankar.ramamurthy@usdoj.gov